IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

VICKIE L. MORRISON                                                 PLAINTIFF

V.                   NO. 3:04CV00226 JWC

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                 DEFENDANT

## JUDGMENT

Judgment is hereby entered in accordance with the Court's Memorandum and Order entered this date. This case is hereby reversed and remanded for action consistent with the Court's opinion. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 27th day of September, 2005

                                                  _____
                                                  UNITED STATES MAGISTRATE JUDGE